UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 22 AM 9: 59

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| TOI JON TU JACOBS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV406-107 |
| NETWORK LOGISTIC SOLUTIONS, INC., | ) |
| Defendant. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 22ⁿᵈ day of January, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA